```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20255
   THERESA E HARRISON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-0025


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/31/2007 and was confirmed 01/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/29/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
ST MARGARET MERCY          UNSECURED        NOT FILED         .00            .00
ADVANCE AMERICA CASH ADV   UNSECURED        NOT FILED         .00            .00
AIS SERVICES LLC           UNSECURED           551.24         .00            .00
AMERICASH LOANS LLC        UNSECURED          1714.41         .00            .00
MATTESON POLICE DEPT       UNSECURED        NOT FILED         .00            .00
BERWYN POLICE DEPT         UNSECURED        NOT FILED         .00            .00
CALUMET CITY SCHOOL DIST   UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          2930.00         .00            .00
PATHOLOGY ASSOC OF CHICA   UNSECURED        NOT FILED         .00            .00
PATHOLOGY ASSOC OF CHICA   UNSECURED        NOT FILED         .00            .00
SPRINT PCS                 UNSECURED        NOT FILED         .00            .00
FIRST CHOICE               UNSECURED        NOT FILED         .00            .00
FIRST PREMIER BANK         UNSECURED           412.29         .00            .00
HEIGHTS FINANCE CORP       UNSECURED          1112.90         .00            .00
RECEIVABLE RECOVERY SYST   UNSECURED        NOT FILED         .00            .00
TRIAD FINANCIAL CORP       UNSECURED        NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,493.00                   1,511.12
TOM VAUGHN                 TRUSTEE                                        123.88
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,635.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,511.12
TRUSTEE COMPENSATION                               123.88
DEBTOR REFUND                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20255 THERESA E HARRISON
```

```
                              ---------------      ---------------
TOTALS                              1,635.00             1,635.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE